```
DANIEL ROSALEZ
_____
Name
1201 S SHELLY DR
_____
DEMING, NM 88030
_____
Address
```

```
                                FILED
                    UNITED STATES DISTRICT COURT
                      LAS CRUCES, NEW MEXICO

                            OCT 17 2025

                         MITCHELL R. ELFERS
                          CLERK OF COURT
```

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

1201 S SHELLY DR  , Plaintiff
(Full Name)

CASE NO. 25-1034
(To be supplied by the Clerk)

V.

US DEPARTMENT OF VETERANS AFFAIRS , Defendant(s)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C. §1983

## A. JURISDICTION

1) DANIEL ROSALEZ , is a citizen of NEW MEXICO
   (Plaintiff)                          ( State )
   who presently resides at 11201 S SHELLY DR DEMING, NM 88030
   (Mailing address or place of confinement)

2) Defendant US DEPARTMENT OF VETERANS AFFAIRS is a citizen of
              (Name of first defendant)
   EL PASO, TEXAS , and is employed as
   (City, State)
   _____ . At the time the claim(s)
   ( Position and title, if any)
   alleged in this complaint arose, was this defendant acting under color of state law?
   Yes ☐   No ☑   If your answer is "Yes", briefly explain:

3) Defendant _____ is a citizen of
   (Name of second defendant)
   _____ , and is employed as
   (City, State)
   _____ . At the time the claim(s)
   ( Position and title, if any)
   alleged in this complaint arose, was this defendant acting under color of state.
   Yes ☐   No ☐   If your answer is "Yes", briefly explain:

   (Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42U.S.C. §1983. (If you wish to assert Jurisdiction under different or additional statutes, you may list them below.)

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

   IN SEPTEMBER 2022 THE EL PASO VA PHARMACY ISSUED A MEDICATION TO BE TAKEN BY MOUTH TIMES A DAY DESPITE THE PHYSICIAN'S INSTRUCTIONS TO APPLY THE MEDICATION TO THE SKIN TIMES A DAY. THIS NEGLIGENCE ON PART OF THE VA CAUSED THE MEDICATION TO BE INGESTED CAUSING SEVERE STOMACH PAIN, VOMITING, AND DIARRHEA TO THE POINT THAT BLOOD WAS PRESENT IN BOTH. THIS RESULTED IN PERMANENT AND IRREPARABLE DAMAGE TO THE INTESTI WHICH WAS LATER DIAGNOSED AS CHRONIC DIVERTICULOSIS AND CHRONIC DIVERTICULITIS. TH GROSS NEGLIGENCE ALSO CAUSED A DISRUPTION IN MY ABILITY TO USE VALID MEDACATIONS A PRESCRIBED AS WELL AS UNDUE PAIN, SUFFERING, ANXIETY, AND DEPRESION.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations:  (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

   A)(1)  Count I:

   THE RIGHT TO ADEQUATE MEDICAL CARE.

   (2)  Supporting Facts:  (Include all facts you consider important, including names of persons involved, places and dates.  Describe exactly how each defendant is involved. State the facts clearly in your own words without citing leagl authority or argument.)

   DR ANGELA EDWARDS PRECRIBED DICLOFENAC TOPICAL GEL ON JUNE 6, 2022.
   EL PASO VA FILLED THE PRECRIPTION WITH THE WRONG INSTRUCTIONS ON SEPTEMBER 26, 2022.
   I FILED A TORT CLAIM IN SEPTEMBER 2024.
   DR AMY MARTIN MD DIAGNOSED ME WITH CHRONIC DIVERTICULOSIS/DIVERTICULITIS NOVEMBER 2
   THE VA OFFERED ME A SETTLEMENT IN A LETTER DATED APRIL 17, 2025.

   B)(1)  Count II:

   (2) Supporting Facts:

C)(1) Count III:




(2) Supporting Facts:




D) PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐   No ☐    If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit.

      Plaintiffs: _____

      Defendants: _____

   b) Name of court and docket number:



   c) Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?



   d) Issues raised: _____

e) Approximate date of filing lawsuit: _____

f) Approximate date of disposition: _____

2) I have previously sought informal or formal releif from the appropriate administrative officials regarding the acts complained of in Part C.  Yes ✔   No ☐   If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No," briefly explain why administrative relief was not sought.

I SUBMITTED A TORT CLAIM IN SEPTEMBER 2024 AND THE VA DID NOT OFFER A REASONABLE FOR RELIEF.

### E.   REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

I AM SEEKING THE SUM OF 1,600,000.00 FOR THE PAIN, SUFFERING, EMBARRASSMENT, AND MENT/ ANGUISH I WILL SUFFER FROM FOR THE REST OF MY LIFE DUE TO THE NEGLIGENCE OF THE EL P/ PHARMACY.

_____          *Daniel Kerly* (signature)
Signature of Attorney (if any)                   Signature of Petitioner

Attorney's full address and telephone number.

USPS Priority Mail Express label

- From: Daniel Roselez, 1301 S Shelly Dr, Deming, NM 88030
- Phone: (361) 548-9365
- To: U.S. District Court, 100 N Church St, Las Cruces, NM 88001, Attn: Victoria
- Postage: $33.40
- Date Accepted: 10/16/25
- Deming, NM 88030, Oct 16, 2025
- Tracking: EI 603 682 185 US
- Scheduled Delivery: 10/18/25
- SCREENED BY CSO OCT 17 2025
- RECEIVED OCT 17 2025